**DISMISS and Opinion Filed August 26, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00438-CV

**MARY PAT MCDOWELL AND CMP FAMILY LIMITED PARTNERSHIP, Appellants**

**V.**

**JEFF FRITTS, Appellee**

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 08-08859-E

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

Before the Court is appellants' July 15, 2013 motion to dismiss the appeal. Appellants

have informed the Court that the parties have settled their differences. Accordingly, we grant

appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

120438F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARY PAT MCDOWELL AND CMP
FAMILY LIMITED PARTNERSHIP,
Appellants

No. 05-12-00438-CV        V.

JEFF FRITTS, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 08-08859-E.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore, participating.

        In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

        Subject to any agreement between the parties, it is **ORDERED** that appellee, JEFF
FRITTS, recover his costs of this appeal from appellants, MARY PAT MCDOWELL AND
CMP FAMILY LIMITED PARTNERSHIP.


Judgment entered August 26, 2013


                                        /Molly Francis/
                                        MOLLY FRANCIS
                                        JUSTICE